FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jun 1, 2023
OFFICE OF THE CLERK

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fort Smith Division

In the Matter of the Search of ）
(Briefly describe the property to be searched ）
or identify the person by name and address) ） Case No. 2:23-cm-00025
USPS Priority Mail Parcel ）
9505 5158 7197 3144 3497 74 ）

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail Parcel 9505 5158 7197 3144 3497 74, addressed to Charley Poole at 1216 E. Short Mountain Road, Apt. 6, in Paris, Arkansas

located in the ___Western___ District of ___Arkansas___, there is now concealed *(identify the person or describe the property to be seized)*:

Evidence of, contraband, and/or property used in distributing illegal narcotics and/or proceeds of illegal narcotics trafficking, in violation of Title 21, United States Code, Section 841 (a)(1); 21, United States Code, Section 846

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21, USC, Section 841 (a)(1) | Conspiracy to possess with intent to distribute a controlled substance. |
| 21, USC, Section 846 | |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

David L. Barrett, US Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/01/2023

*Judge's signature*

City and state: Fort Smith, Arkansas

Mark E. Ford US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, David Barrett, your Affiant being duly sworn, depose and state as follows:

1. I am a federal agent employed by the United States Postal Inspection Service (USPIS), currently assigned to the Eastern and Western Districts of Arkansas, duly appointed according to law and acting as such. My responsibilities include the investigation of controlled substances transported through the Postal Service, in violation of Title 21, United States Code, Sections 841(a)(1), 844, and 846. I have experience investigating narcotics offenses and have received related training through the USPIS.

### Purpose of Affidavit

2. I make this affidavit in support of search warrant application for parcels described as follows (hereinafter "suspect parcel"):

### The Suspect Parcel

| | |
|---|---|
| USPS Priority Mail No.: | 9505 5158 7197 3144 3497 74 |
| Addressee: | Charley Poole<br>1216 E. Short Mtn.<br>"#" Apt. 6<br>Paris, AR 72855 |
| Sender: | C. Brown<br>8103 E. 93rd St.<br>Kansas City, MO 64138 |
| Date Mailed: | May 24, 2023 |
| Class of Mail: | Priority Mail |
| Place Mailed: | Kansas City, MO |
| Postage Paid: | $11.35 |
| Weight: | 2 lbs., 7.5 oz. |



3. Part of your Affiant's responsibilities on the Little Rock team is the investigation of controlled substances transported through the U.S. Postal Service which constitute a violation of Title 21, United States Code, Sections 841(a)(1) and 846, The Drug Abuse Prevention and Control Act and Conspiracy. This Affidavit is based upon Affiant's personal investigation and upon information received from other law enforcement officers and agents who are identified herein; and is made in support of an application for a search warrant for the suspect parcel.

4. For the reasons set forth below, I have probable cause to believe that illegal narcotics or currency related to the sale or distribution of controlled substances will be found inside the above-described suspect parcel. Since this Affidavit is for the limited purpose of establishing probable cause to support a search warrant, it contains only a summary of facts necessary to establish probable cause. I have not included each and every fact known to me concerning the entities, individuals, and the events described in this Affidavit.

5. The grounds for issuance of the search warrant are derived from your Affiant's review of the physical evidence, discussions with participating agencies, and interviews of persons who have personal knowledge of the events described herein.

## Affiant's Experience

6. Affiant has been a United States Postal Inspector for twenty years; and in federal law enforcement for almost 20 years. During that time, Affiant has worked on numerous federal criminal investigations. Affiant has worked with other agents, police officers, and law enforcement personnel who have extensive criminal investigative experience and training.

7. Affiant was a police officer in the state of Arkansas for over seven years. During that time, Affiant worked numerous violations of state and local laws and conducted investigations accordingly. Affiant has conducted investigations which involve violent crimes, illegal narcotics, stolen property and identity theft.

8. Through training and participation in criminal investigations, your Affiant has become familiar with and has participated in the following methods of investigations, including, but not limited to, electronic surveillance, visual surveillance, questioning of witnesses, and the use of search warrants and undercover agents.

9. Affiant is aware through training and experience, as well as through information from other Postal Inspectors with extensive experience in drug trafficking investigations, the U.S. Mail is a common and preferred method of drug traffickers shipping their product. The Priority Mail and Priority Mail Express services are frequently used by drug dealers for shipping illegal drugs, and for shipping the proceeds and money from illegal drug sales and purchases. Use of the U.S. Mail is favored because of the speed, reliability, and low cost of this service, tracking capabilities, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner.

10. Affiant is also aware drug traffickers often use pre-paid postage address labels, fictitious names and addresses, or no names on the return addresses and for the addressees in

order to avoid detection in the event the parcel is intercepted by law enforcement. I am further aware drug traffickers will often use fictitious return addresses and names or no names to hinder investigative efforts and to hide their true identities. Drug traffickers will often times send these parcels to fictitious names at the delivery addresses to minimize and conceal responsibility and to avoid being arrested. Drug traffickers involved in "Dark Web" drug sales use online markets and often use crypto-currency prepaid postage to attempt to stay anonymous. In addition, persons who are involved with "Dark Web" narcotics trafficking maintain methods and supplies for sending narcotics through the mail, including packaging materials, boxes, labels, label printers, and online accounts for pre-purchasing postage.

## Probable Cause

11. On or about May 30, 2023, United States Postal Inspector David Barrett (Inspector Barrett) was contacted by Logan County (Arkansas) Deputy Howard Bates (Deputy Bates). Deputy Bates stated he was conducting an illegal narcotics investigation and received information of illegal narcotics being trafficked through the United States Mail. Deputy Bates stated that on or about May 27, 2023, he was contacted by a credible confidential source (CS 1). CS 1 stated Charles Bates was trafficking methamphetamines and marijuana, using the United States Postal Service (USPS). CS 1 stated Charles Bates had sent a parcel containing illegal narcotics from Kansas City, going to 1216 E. Short Mountain Street, Apartment 6, in Paris, Arkansas, which is in the Western District of Arkansas, Fort Smith Division.

12. On or about May 30, 2023, Your Affiant contacted the Paris (Arkansas) Post Office and spoke to the Postmaster, Caroline Nichols. Postmaster Nichols stated there was a parcel (suspect parcel, 9505 5158 7197 3144 3497 74), which had arrived on May 27, 2023, scheduled for delivery to 1216 E. Short Mountain Street, Apartment 6, in Paris, Arkansas. The

parcel had been mailed from Kansas City, Missouri. Postmaster Nichols said Patricia Belcher had called the post office and had come to the post office looking for the suspect parcel.

13. On or about May 30, 2023, Your Affiant drove to the Paris Post Office and met with Deputy Bates. According to Deputy Bates, he had received multiple previous reports of Charles Bates trafficking in illegal narcotics using USPS. Deputy Bates said Charley Poole lives at the address and is elderly. Deputy Bates said Charley Poole is under the care of Patricia Belcher at Poole's home (1216 E. Short Mountain Street, Apartment 6, in Paris, Arkansas). Deputy Bates said Charles Bates and Patricia Belcher used to be in a relationship with each other.

14. On or about May 30, 2023, Postmaster Nichols said Patricia Belcher had called the post office and had come to the post office looking for the suspect parcel.

15. On or about May 30, 2023, Your Affiant began an investigation into the suspect parcel. Upon coming in contact with the suspect parcel, Your Affiant could smell the distinct odor of marijuana coming from the parcel.

16. On or about June 1, 2023, Your Affiant requested United States Postal Inspection Service Task Force Officer (Little Rock Police Department) K9 Officer Mark Knowles (TFO Knowles) and his police canine (K-9) "Urko," conduct controlled sweeps of the suspect parcels at the USPIS Little Rock Domicile. "Urko" has a current certification from the National Narcotic Detector Dog Association (NNDDA) to detect the odor of marijuana, methamphetamine, cocaine and heroin. Knowles has a current certification from NNDDA to use "Urko" in drug detection.

17. On or about June 1, 2023, the suspect parcel was placed under a special made wood box, along with four other similar boxes, which were empty, in a straight line on the floor

of the Little Rock Postal Inspection Service Domicile. The suspect parcel was placed, from east to west, third in line. Neither TFO Knowles, nor his police canine (K-9), "Urko," were present during the placement of the suspect parcel. Knowles deployed "Urko" for a narcotics sniff of the parcels. "Urko" alerted on the box containing the suspect parcel, indicating it contains at least one of the illegal narcotics "Urko" is certified in detecting: marijuana, methamphetamine, cocaine, and/or heroin.

18. Affiant states that K-9 "Urko" was purchased by the Little Rock Police Department as a narcotics detecting canine from Little Rock K-9 Academy Kennels in Little Rock, Arkansas. Detective Mark Knowles is the handler for "Urko" and has approximately 18 months of experience handling canines. "Urko" was put into service on November 8, 2015. Detective Mark Knowles has been assigned as the handler for "Urko" since June 7, 2021. "Urko" is nationally certified by the National Narcotic Detecting Dog Association (NNDDA). "Urko" also holds a second National Certification through DrugBeat K9 Narcotics Detection. "Urko" is also certified with the Arkansas Commission on Law Enforcement Standards and Training in Narcotics Detection. "Urko" has been trained and certified to alert on the odors of marijuana, cocaine, heroin, crystal methamphetamine, MDMA and their derivatives. "Urko" is a passive alert K-9 and will sit and give a focused stare to indicate an alert. "Urko" has been used by several federal agencies such as the DEA, FBI, U.S. Customs and U.S. Postal Inspection Service. Prior to Detective Mark Knowles being assigned as his handler, "Urko" was responsible for the seizure of approximately 6,550 pounds of marijuana, 34.6 pounds of cocaine, 430.2 pounds of meth, 10.4 pounds of heroin, 23,937 MDMA pills, and $1,689,353.00, in U.S. Currency. Since being assigned to Detective Mark Knowles, "Urko" is responsible for the seizure of approximately 1,082 pounds of marijuana, 12.55 pounds of cocaine, and 144.10

pounds of methamphetamine, 7 pounds of heroin, 20,361 MDMA pills, 11.02 pounds of fentanyl, and $140,276.00 in U.S. Currency.

### Conclusion

19. Based upon the foregoing facts and circumstances, I believe probable cause exists that illegal narcotics or materials related to the sale or distribution of controlled substances will be found in the above-described suspect parcel.

20. Therefore, I respectfully request the Court to issue a warrant to search the suspect parcel described in Attachment A for any such controlled substances, packaging material associated with controlled substances, currency, or correspondence associated with the use or distribution of controlled substances, as described in Attachment B of violations of Title 21, United States Code, Sections 841(a)(1), 844, and 846.

David L. Barrett
United States Postal Inspector

Subscribed and sworn to before me on this _1_ day of June, 2023.

Mark E. Ford
United States Magistrate Judge

## ATTACHMENT A

### The Suspect Parcel

| | |
|---|---|
| USPS Priority Mail No.: | 9505 5158 7197 3144 3497 74 |
| Addressee: | Charley Poole<br>1216 E. Short Mtn.<br>"#" Apt. 6<br>Paris, AR 72855 |
| Sender: | C. Brown<br>8103 E. 93rd St.<br>Kansas City, MO 64138 |
| Date Mailed: | May 24, 2023 |
| Class of Mail: | Priority Mail |
| Place Mailed: | Kansas City, MO |
| Postage Paid: | $11.35 |



## ATTACHMENT B

### Items to be Searched for and Seized

1. Cocaine, methamphetamine, marijuana, controlled prescription pills, capsules, powders or liquids and/or heroin.

2. Packaging, baggies, blister packs, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, and/or other substances with a strong odor.

3. Any and all records reflecting the sending and receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, and/or other common carriers.

4. United States and foreign currency, securities, precious metals, jewelry, gift cards, store value cards, stocks, and bonds, that are proceeds, evidence or instrumentalities of violations of Title 21, United States Code, Sections 841(a), and 846.

5. Any and all records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substance, including books, receipts, notes, ledgers, pay/owe sheets, correspondence, records noting price, quantity, date and times when controlled substances were purchased, possessed, transferred, distributed, sold, and/or concealed.

6. Any and all records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities and the identities of conspirators in controlled substance trafficking activities, all of which are evidence, fruits, and/or instrumentalities of violations of Title 21, United States Code, Sections 841(a), and 846.