AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fort Smith Division

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>USPS Priority Mail Parcel<br>9505 5158 7197 3144 3497 74 | )<br>)<br>)  Case No.  2:23-cm-00025<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     Arkansas    
*(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail Parcel 9505 5158 7197 3144 3497 74, addressed to Charley Poole at 1216 E. Short Mountain Road, Apt. 6, in Paris, Arkansas

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of, contraband, and/or property used in distributing illegal narcotics and/or proceeds of illegal narcotics trafficking, in violation of Title 21, United States Code, Section 841 (a)(1); 21, United States Code, Section 846

**YOU ARE COMMANDED** to execute this warrant on or before     June 15, 2023     *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Hon. Mark E. Ford    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6/1/23 4:00 p.m.    _____Mark E. Ford_____
                                          *Judge's signature*

City and state:    Fort Smith, Arkansas         Mark E. Ford, US Magistrate Judge
                                                *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 2:23CM 25 | Date and time warrant executed: 6/1/2023 @ 4:20 pm | Copy of warrant and inventory left with: Paris Postmaster |
| Inventory made in the presence of: Harold Bates, Logan Co. Deputy | | |
| Inventory of the property taken and name of any person(s) seized: | | |

- Approximately 4oz. of green leafy vegetable type substance (suspected marijuana)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/7/2023

Subscribed, sworn to, and return to me by email this 7 day of June, 2023.

Mark E. Ford, U.S. Magistrate Judge

*Executing officer's signature*

David L. Barrett
*Printed name and title*